UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MATTHEW DAVIES and
MOLLY THOMPSON,

          NO. CIV. S-10-1339 FCD/GGH

    Plaintiffs,

  v.                    MEMORANDUM AND ORDER

EQUIFAX INC., a corporation,
EXPERIAN INFORMATION
SOLUTIONS, INC., a
corporation, TRANSUNION LLC.,
a corporation, et al.,

    Defendants.

----oo0oo----

    This matter is before the court on plaintiffs Matthew Davies and Molly Thompson's ("plaintiffs") motion to amend their complaint to add the following defendants: National City Mortgage Company dba PNC Mortgage Company, National City Bank dba PNC Mortgage Company, PNC Bank, National Association dba PNC Mortgage Company and PNC Mortgage Company.[1]  Plaintiffs move to amend

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

pursuant to Federal Rule of Civil Procedure 15(a) on the ground that they only recently discovered these defendants' involvement in the alleged wrongdoing.[2] Current defendants Experian Information Solutions, Inc. and Trans Union LLC filed statements of non-opposition to the motion. (Docket #s 28, 29.) Equifax, Inc., also a presently named defendant, did not respond to the motion, which the court construes as a non-opposition to the motion.

Considering defendants' non-opposition to the motion and finding good cause to permit the amendment as plaintiffs acted diligently in moving to amend, the court HEREBY GRANTS plaintiffs' motion. Fed. R. Civ. P. 16(b). Plaintiffs shall file their first amended complaint within 10 days of the date of this order. Defendants shall have 20 days after service thereof to file a response.

IT IS SO ORDERED.

DATED: September 28, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because a pretrial scheduling order is in place (Docket #24), the court construes the motion under Federal Rule of Civil Procedure 16(b), which requires plaintiffs demonstrate "good cause" to permit the instant amendment of their pleading.