Marc B. Robinson, Esq. – SBN 119364
Matthew C. Bradford, Esq. – 196798
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:  (209) 954-9001
Facsimile:  (209) 954-9091

Attorneys for Plaintiffs MATTHEW DAVIES and MOLLY THOMPSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW DAVIES and MOLLY THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INC., a Corporation, et al.,<br><br>Defendants. | CASE NO.  2:10-CV-01339-FCD-GGH<br><br>ORDER FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC |

Plaintiffs Matthew Davies and Molly Thompson, by counsel, and Defendant Equifax Information Services LLC, by counsel, having filed their Stipulation for Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

**IT IS, THEREFORE, ORDERED** that all claims of Plaintiffs Matthew Davies and Molly Thompson against Defendant Equifax Information Services LLC, are dismissed, with

/ / /

/ / /

1 | prejudice. Plaintiffs Matthew Davies and Molly Thompson and Defendant Equifax Information
2 | Services LLC shall each bear their own costs and attorneys' fees.
3
4 | Dated: OCTOBER 20, 2010
5 | JUDGE, United States District Court,
    Eastern District of California