Laura K. Rang, Esq.  (IN #26238-49-A)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (Designated for service) (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
             bthompson@rbg-law.com

*Local and Service Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW DAVIES and MOLLY THOMPSON,<br>            Plaintiffs,<br><br>    vs.<br><br>EQUIFAX INC., a Corporation; EXPERIAN INFORMATION SOLUTIONS, INC. a Corporation; and TRANSUNION LLC, a Corporation;<br>            Defendants. | CASE NO. 2:10-cv-01339-FCD-GGH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC .ONLY** |

Plaintiffs Matthew Davies and Molly Thompson, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Matthew Davies and Molly Thompson against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiffs

**ORDER OF DISMISSAL – 2:10-CV-01339-FCD-GGH**


1  Matthew Davies and Molly Thompson and Defendant Trans Union, LLC shall each bear their
2  own costs and attorneys' fees.
3
4
5  Dated:  October 21, 2010
6  _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE