Marc B. Robinson, Esq. – SBN 119364
Matthew C. Bradford, Esq. – 196798
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:  (209) 954-9001
Facsimile:  (209) 954-9091

Attorneys for Plaintiffs MATTHEW
DAVIES and MOLLY THOMPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| MATTHEW DAVIES and MOLLY THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INC., a Corporation, et al.,<br><br>Defendants. | CASE NO.  2:10-CV-01339-FCD-GGH<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|

Plaintiffs Matthew Davies and Molly Thompson, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation for Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

**IT IS, THEREFORE, ORDERED** that all claims of Plaintiffs Matthew Davies and Molly Thompson against Defendant Experian Information Solutions, Inc., are dismissed, with

/ / /

/ / /

prejudice. Plaintiffs Matthew Davies and Molly Thompson and Defendant Experian Information Solutions, Inc., shall each bear their own costs and attorneys' fees.

Dated: December 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE