Marc B. Robinson, Esq. – SBN 119364
Matthew C. Bradford, Esq. – 196798
**ROBINSON BRADFORD LLP**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:  (209) 954-9001
Facsimile:  (209) 954-9091

Attorneys for Plaintiffs MATTHEW DAVIES and MOLLY THOMPSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW DAVIES and MOLLY THOMPSON,<br><br>            Plaintiffs,<br><br>vs.<br><br>EQUIFAX INC., a Corporation, et al.,<br><br>            Defendants. | CASE NO.  2:10-CV-01339-FCD-GGH<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PNC BANK, N.A., AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS "NATIONAL CITY MORTGAGE,"** |

        Plaintiffs Matthew Davies and Molly Thompson, by counsel, hereby request that all matters herein between them and Defendant PNC Bank, National Association, as successor by merger to National City Bank, previously doing business as "National City Mortgage," be dismissed, without prejudice.

DATED:  December 23, 2010          Respectfully submitted,

                                                         */s/ Marc B. Robinson*
                                                         Marc B. Robinson, Esq.
                                                         Robinson Bradford, LLP
                                                         3255 West March Lane, Suite 230
                                                         Stockton, CA  95219
                                                         Telephone:  209-954-9001
                                                         Fax:  209- 954-9091
                                                         e-mail:  marc@robinsonbradford.net
                                                         *Counsel for Matthew Davies and Molly Thompson*

**ORDER**

    Good cause appearing,

    **IT IS HEREBY ORDERED** that all claims of Plaintiffs Matthew Davies and Molly Thompson against Defendant PNC Bank, National Association, as successor by merger to National City Bank, previously doing business as "National City Mortgage," be dismissed, without prejudice.

DATED:  December 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE